WHITE *v.* WHITE.

HILL, J. There was no abuse of discretion, on conflicting evidence, in allowing to the wife temporary alimony and attorneys' fees; and the amounts were not excessive.

*Judgment affirmed. All the Justices concur.*

No. 8018. MAY 16, 1931. REHEARING DENIED JUNE 12, 1931.

*Perry & Tipton,* for plaintiff in error.   *Forehand & Ford,* contra.